AO 91 (Rev. 08/09)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| United States of America<br>v.<br>**DUSTIN ALLEN HUGHES,**<br><br>*Defendant(s)* | )<br>)<br>)  Case No. 18mj 6236 -AOV<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __May 5, 2018__ in the county of __Broward__ in the __Southern__ District of __Florida__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 844(e) | Bomb Threat |

This criminal complaint is based on these facts:
SEE ATTACHED AFFIDAVIT.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Andrew Mercurio, Special Agent FBI
*Printed name and title*

Sworn to before me and signed in my presence.

Date: __05/15/2018__

_____
*Judge's signature*

City and state: __Ft. Lauderdale, Florida__      Alicia Valle, U.S. Magistrate Judge
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Andrew C. Mercurio, being duly sworn, depose and state as follows:

### INTRODUCTION AND AGENT BACKGROUND

1. I am a Special Agent of the Federal Bureau of Investigation (FBI) and have been so employed since 2016. I have received intensive training at the FBI Academy in Quantico, Virginia, focused on both criminal and national security investigations. I am currently assigned to the Miami-Dade County Public Corruption Task Force in the Miami Division, where I have participated in investigations involving the corruption of elected officials and law enforcement officers, civil rights investigations under the color of law, hate crimes and other violations of Federal law. I am a Law Enforcement Officer of the United States, and I am empowered to conduct investigations, execute warrants, and make arrests for offenses against the United States enumerated in, but not limited to, Title 18 of the United States Code.

2. This affidavit is submitted in support of a criminal complaint charging that on May 5, 2018, **DUSTIN ALLEN HUGHES** willfully made a threat concerning an alleged attempt to kill, injure, or intimidate any individual or unlawfully damage or destroy any building or other real or personal property by means of fire or an explosive through the use of an instrument of interstate commerce, specifically a telephone, in violation of Title 18, United States Code, Section 844(e).

3. I base the facts in this affidavit upon my personal knowledge, as well as knowledge, information, and documentation that I obtained from other law enforcement officers while in my official capacity. Because this affidavit is being submitted for the limited purpose of establishing probable cause to arrest **HUGHES**, it does not contain all of the information known to me concerning this investigation; it contains only those facts I believe necessary to establish probable cause for the arrest.

## PROBABLE CAUSE

1. Jamaet Ul Muttaqueen Mosque (hereinafter "the Mosque") is a Mosque located in Pembroke Pines, Florida. At the times relevant to this case, the greeting on the Mosque's voice mail provided a second phone number as an alternate emergency contact number. On Saturday, May 5, 2018, at approximately 4:06 pm, a male individual left a threatening message on the voice mail for the Mosque's alternate emergency contact number. Although the caller did not identify himself, the receiving phone identified the number from which the call originated as 786-803-0865 (hereinafter "target number"). The voice message stated the following:

> "You fucking Muslim piece of shit. I planted a bomb in your temple, I'm gonna blow your fucking temple up you fucking Muslim piece of shit. Where you guys have your sanctuary and worship Allah, I'm gonna blow that mother fucker up. I have a detonator, I'm gonna cause that mother fucker to go off, you guys are all gonna be up in flames after I'm done with you! You guys wanna come here and cause mayhem to America, well I'm gonna cause mayhem to your religion cause your religion is nothing but lies. Lies, lies, lies from the devil! Where's Allah now?"

2. Upon receipt of the threating voice message, an official of the Mosque immediately contacted Pembroke Pines Police Department (PPPD), which subsequently responded to the Mosque and conducted an exterior and interior sweep for explosives. No presence of explosives were uncovered by PPPD at or in vicinity of the Mosque. Through review of a law enforcement database, PPPD determined that the target number likely belongs to **DUSTIN ALLEN HUGHES**.

3. A review of the Mosque's voice mail revealed that three additional anonymous threatening voice messages were left on the voice mail within approximately one week of the above-referenced voice mail message of May 5, 2018. The messages left on the Mosque's voice

mail originated from the target phone utilized to leave the above-referenced voice mail message of May 5, 2018. From listening to the three messages left on the Mosque's voice mail and the above-referenced voice mail message of May 5, 2018, I believe that the same person left all four messages. The caller on all four messages was male, and the voice, the cadence, and the content appears similar across all four messages. Regarding the content, the three messages left on the Mosque's voice mail stated as follows:

    a. Voice Message 1: "I'm gonna blow up your fucking temple because you guys are a bunch of fucking lying, murdering, pieces of hypocrite shit that just wanna cause mayhem to Americans you fucking pieces of shit. I have a fucking bomb strapped in there right now mother fuckers, what the fuck are you gonna do you towel head fucks?"

    b. Voice Message 2: "Yeah this is me again, I have the fucking bomb detonator in there right now and I'm gonna set it off pretty fucking soon because I am so fed up with you Muslims coming here causing mayhem to Americans so I am gonna give you a taste of what you give to us. I'm going to cause you guys to be screaming Allah! Allah! Allah! Allah! except Allah won't save your towel head ass bitch."

    c. Voice Message 3: "Listen you fucking Muslim piece of shit I'm gonna blow up your fucking temple I have a bomb planted in it right now. You guys are all gonna to go up in flames for being a bunch of lying pieces of shit for causing mayhem to America. I'm gonna get revenge on all you pieces of shit."

4. As noted above, these three messages on the Mosque's voice mail originated from the phone that I have described as the target phone – that is, the phone used to leave the voice mail

3

message of May 5, 2018, on the Mosque's alternate emergency contact number. In addition, the Mosque's telephone was equipped with a digital display and caller ID function, which listed the caller leaving the voice mail messages as "**DUSTIN HUGHES**." A law enforcement database check conducted by the FBI also associated the target number with **HUGHES**.

5. The Mosque's leadership advised law enforcement that these threats made them scared and nervous. The leadership further advised that, as a result of the threats, the Mosque intended to increase security in preparation for the religious event of Ramadan, for which the leadership was anticipating a significant increase in attendees over the course of the upcoming month.

6. On May 15, 2018, at approximately noon time, agents arrested **HUGHES** at his residence in Miami-Dade County. While at the residence, agents read **HUGHES** his Miranda rights and presented **HUGHES** with a written Miranda waiver form. After being presented with the form, **HUGHES** read the form and waived his Miranda rights in writing.

7. After placing **HUGHES** under arrest, agents transported him to the FBI's field office in Miramar, Florida, for booking and questioning. Following his arrival at the FBI field office, **HUGHES** was taken to an interview room. Agents represented the written Miranda waiver form to **HUGHES**. In response, **HUGHES** reconfirmed his earlier acknowledgment of his Miranda rights and his waiver of those rights.

8. Agents played for **HUGHES** the above-referenced voice mail of May 5, 2018. **HUGHES** initially denied placing the call. However, **HUGHES** eventually admitted placing that call and others to the Mosque that also were threatening in nature. When advised, in substance, that the calls caused the members of the Mosque to become scared, **HUGHES** clapped and said

4

something to the effect of "good," or some other similar word(s) of approval. During the interview, **HUGHES** stated, in substance, that he wanted to scare members of the Mosque and upset them.

## CONCLUSION

1.    Based on my training and experience, and as further supported by the facts in this affidavit, I respectfully submit that there is probable cause to believe that on May 5, 2018, **DUSTIN ALLEN HUGHES** did willfully make a threat concerning an alleged attempt to kill, injure, or intimidate any individual or unlawfully damage or destroy any building or other real or personal property by means of fire or an explosive through the use of an instrument of interstate commerce, specifically a telephone, in violation of Title 18, United States Code, Section 844(e).

**FURTHER YOUR AFFIANT SAYETH NAUGHT.**

_____
SPECIAL AGENT ANDREW C. MERCURIO
FEDERAL BUREAU OF INVESTIGATION

Subscribed and sworn before me
this ___ day of May 2018.

_____
HONORABLE ALICIA O. VALLE
UNITED STATES MAGISTRATE JUDGE

5